Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DYLAN M. ACKERMAN, | ) | |
| | ) | CIVIL ACTION NO. 3:21-CV-00061 |
| Plaintiff, | ) | |
| | ) | JUDGE KNEPP |
| v. | ) | |
| | ) | MAGISTRATE JUDGE BAUGHMAN |
| KILOLO KIJAKAZI, ACTING | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO AWARD EAJA FEES

The parties hereby jointly stipulate to the entry of an agreed order granting Plaintiff $5,000.00 (five thousand dollars) in attorney fees and $0.00 (zero dollars) in costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The award shall fully and completely satisfy any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the EAJA. This Stipulation is not intended to set precedent for, or a representation of, any specific hourly rate or total number of hours in other cases.

The parties request that the order provide that any fees paid belong to Plaintiff—not Plaintiff's attorney—and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). The parties also request that the order provide that after entry of the award, if Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct payment of the award to Plaintiff's attorney pursuant to a valid EAJA assignment. Plaintiff has consented to the amount and method of payment.

WHEREFORE, Plaintiff and Defendant request that the court enter an order granting Plaintiff $5,000.00 (five thousand dollars) in attorney fees and $0.00 (zero dollars) in costs.

Respectfully submitted,

BRIDGET M. BRENNAN
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| /s/ Debra S. Shifrin[1] | /s/ Ruchi V. Asher |
| Debra S. Shifrin | Ruchi V. Asher (No. 0090917) |
| Gertz & Rosen | Assistant United States Attorney |
| 11 South Forge Street | Northern District of Ohio |
| Akron, Ohio 44304 | United States Courthouse |
| (330) 255-0704 | 801 West Superior Ave., Suite 400 |
| dsshifrin@gertzrosen.com | Cleveland, Ohio 44113 |
| Counsel for Plaintiff | (216) 622-3718 |
| | ruchi.asher@usdoj.gov |
| | Fax: (216) 522-4982 |
| | Counsel for Defendant |

Of Counsel:

Kathryn Caldwell
Regional Chief Counsel
Social Security Administration

Ryan Shafer
Special Assistant United States Attorney
Office of the Regional Chief Counsel
Social Security Administration
600 W. Madison St., 6th Floor
Chicago, Illinois 60661-2474
312-596-1883
833-912-2305 - Fax
ryan.shafer@ssa.gov

---

[1] Ruchi Asher, Assistant U.S. Attorney, signed for Debra Shifrin, with consent obtained by Ryan Shafer, Special Assistant U.S. Attorney, on December 8, 2021, by email.